AO 245D    (Rev. 12/07) Judgment in a Criminal Case for Revocations
           Sheet 1

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

UNITED STATES OF AMERICA
vs.
JOSE MARTIN SAAVEDRA-VELAZQUEZ

JUDGMENT IN A CRIMINAL CASE
(For Revocation of Probation or Supervised Release)

CASE NUMBER: 3:07-cr-73-LRH(RAM)

USM NUMBER: 98177-011

Ramon Acosta
DEFENDANT'S ATTORNEY

THE DEFENDANT:

( √ ) admitted guilt to violating conditions __(see below)__ of the term of supervision.

(   ) was found in violation of condition(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | Shall not commit another federal, state or local crime. | 6/17/07 |

The defendant is sentenced as provided in pages 2 through __2__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

(   ) The defendant has not violated condition(s) _____ and is discharged as to such violation(s) of conditions.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States Attorney of any material changes in economic circumstances.

Last Four Digits of Defendant's Soc.Sec. N/A

Defendant's Year of Birth: 1965

City and State of Defendant's Residence:

In Custody

FEBRUARY 11, 2008
Date of Imposition of Judgment

Signature of Judge

LARRY R. HICKS
U.S. DISTRICT JUDGE
Name and Title of Judge

2/14/08
Date

AO 245D (Rev. 12/07) Judgment in a Criminal Case for Revocations
    Sheet 2 - Imprisonment

DEFENDANT:   JOSE MARTIN SAAVEDRA-VELAZQUEZ                                          Judgment - Page __2__
CASE NUMBER: 3:07-cr-73-LRH(RAM)

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of TWELVE (12) MONTHS, consecutive to sentence imposed in Case No. 3:07-cr-65-LRH(RAM)

( √ )   The court makes the following recommendations to the Bureau of Prisons:
        Incarceration FCI Sheridan, California.

( √ )   The defendant is remanded to the custody of the United States Marshal.

(   )   The defendant shall surrender to the United States Marshal for this district:
        (   )   at _____ a.m./p.m. on _____
        (   )   as notified by the United States Marshal.

(   )   The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
        (   )   before 2 p.m. on _____
        (   )   as notified by the United States Marshal.
        (   )   as notified by the Probation of Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____
_____
_____

Defendant delivered on _____ to _____ at
_____, with a certified copy of this judgment.

UNITED STATES MARSHAL

BY: _____
    Deputy U.S. Marshal